**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

14-1074, -1129

TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.,

Plaintiffs-Cross-Appellants,

v.

TWI PHARMACEUTICALS, INC.,

Defendant-Appellant.

Appeal from the United States District Court for the Northern District of California in 11-CV-01609, Magistrate Judge Joseph C. Spero.

**APPELLANT TWI PHARMACEUTICALS, INC.'S THIRD UNOPPOSED MOTION TO EXTEND TIME IN WHICH TO FILE PRINCIPAL BRIEF**

Pursuant to Rule 26(b) of the Federal Circuit Rules, appellant TWi Pharmaceuticals, Inc. ("TWi") respectfully moves for an unopposed extension of time of thirty (30) days in which to file its principal brief in the above captioned matter, to and including Monday, April 21, 2014. Appellant's brief currently is due on Friday, March 21, 2014. Because a 30-day extension would end on a Sunday, the brief would be due on Monday April 21, 2014 (31 days total) by operation of Rule 26(a)(1)(C) of the Federal Rules of Appellate Procedure.

Cross-Appellants Takeda Pharmaceutical Co., Ltd., Takeda Pharmaceuticals America, Inc., Takeda Pharmaceuticals LLC, and Takeda Pharmaceuticals North America, Inc. (collectively "Takeda") do not oppose this motion.

This is the first request for an extension of time to file the opening brief for appellant since this Court's order on February 27, 2014, deeming this appeal to be a "companion case" with the appeals in *Takeda Pharm. Co., Ltd. v. Impax Laboratories, Inc.*, Nos. 14-1107, -1132 and *Takeda Pharm. Co., Ltd. v. Handa Pharm., LLC*, Nos. 14-1079, -1134. Prior to that order, TWi requested a 30-day extension of time and a 32-day extension of time (62 days total) in order to allow time for consideration of Takeda's consolidation motion. The Court granted the first request. The Court considered TWi's second request with Takeda's motion for consolidation and its February 27, 2014 order set March 21, 2014 as the due date for TWi's brief, as well as appellants' briefs in the companion cases.

TWi has informed all other parties of record that it will seek this extension. Counsel for cross-appellants, Takeda, has indicated that it does not oppose this requested extension. Additionally, counsel for Impax Laboratories, Inc. ("Impax") (in Nos. 14-1107, -1132) and Handa Pharmaceuticals, LLC ("Handa") (in Nos. 14-1079, -1134), the appellants in the companion cases, have sought identical unopposed extensions of time in their respective appeals, which would allow all three appeals to continue to have the same briefing schedule consistent with the Court's February 27, 2014 order. On March 10, 2014, Impax filed its unopposed extension of time in its appeal. On March 12, 2014, Handa filed its unopposed extension of time in its appeal.

As set forth in the Declaration of Don J. Mizerk, good cause exists for the requested extension. The additional time would assist in coordination now that all three appeals have been consolidated.

For the foregoing reasons, TWi respectfully requests that the Court grant an extension of time, to and including April 21, 2014, in which to file the opening brief for appellant.

March 13, 2014                                             Respectfully Submitted,

/s/Don J. Mizerk
Don J. Mizerk
HUSCH BLACKWELL LLP
120 South Riverside Plaza • 22nd Floor
Chicago, Illinois 60661
Tal:   (312) 655-1500
Fax:  (312) 655-1501
don.mizerk@huschblackwell.com
*Counsel for Appellant*

# TAKEDA PHARMACEUTICAL CO. V. TWI PHARMACEUTICALS, INC.
14-1074, -1129

## DECLARATION OF DON J. MIZERK IN SUPPORT OF APPELLANT TWI PHARMACEUTICALS, INC.'S THIRD UNOPPOSED MOTION TO EXTEND TIME IN WHICH TO FILE PRINCIPAL BRIEF

I, Don J. Mizerk, respectfully submit this declaration to show good cause on behalf of TWi Pharmaceuticals, Inc. ("TWi") for an extension of time in which to file its principal brief.

1. I am an attorney at law duly admitted to practice law in the States of Illinois and California, and am a partner with the law firm of Husch Blackwell, LLP, counsel to Appellant, TWi Pharmaceuticals, Inc. ("TWi"), in this matter.

2. I have knowledge of the facts set forth below and, if called as a witness, could and would to testify to them.

3. I make this declaration in support of TWi's motion for an extension of time in which to file the principal brief for the appellant.

4. I make this declaration, as required by Federal Circuit Rule 26(b)(5), to demonstrate good cause for an extension that exceeds 14 days.

5. On January 10, 2014, Cross-Appellants Takeda Pharmaceutical Co., Ltd., Takeda Pharmaceuticals America, Inc., Takeda Pharmaceuticals LLC, and Takeda Pharmaceuticals North America, Inc. ("Takeda") filed a motion requesting that this appeal be consolidated with *Takeda Pharmaceutical Co., Ltd. v. Handa Pharmaceuticals, LLC*, Appeal No. 14-1079, -1134 ("Handa appeal") and *Takeda*

*Pharmaceutical Co., Ltd. v. Impax Laboratories, Inc.*, Appeal No. 14-1107, -1132 ("Impax appeal").

6. On February 27, 2014, the Court issued an order to consider this appeal as a companion case with the Handa appeal and Impax appeal and assigned to the same merits panel for oral argument. The Court also set the due date for opening briefs in all three companion cases to March 21, 2014.

7. TWi respectfully requests an unopposed extension of time of thirty (30) days in which to file its principal brief in the above captioned matter, to and including Monday, April 21, 2014. Appellant's brief currently is due on Friday, March 21, 2014. Because a 30-day extension would end on a Sunday, the brief would be due on Monday April 21, 2014 (31 days total) by operation of Rule 26(a)(1)(C) of the Federal Rules of Appellate Procedure.

8. This is the first request for an extension of time to file the opening brief for appellant since this Court's order on February 27, 2014, deeming this appeal to be a companion case with the appeals in *Takeda Pharm. Co., Ltd. v. Impax Laboratories, Inc.*, Nos. 14-1107, -1132 and *Takeda Pharm. Co., Ltd. v. Handa Pharm., LLC*, Nos. 14-1079, -1134. Prior to that order, counsel requested a 30-day extension of time and a 32-day extension of time (62 days total) in order to allow time for the Court to consider Takeda's consolidation motion. The Court granted the first request. The Court considered TWi's second request with

Takeda's motion for consolidation and its February 27, 2014 order set March 21, 2014 as the due date for TWi's brief, as well as appellants' briefs in the companion cases.

9.  Counsel for Takeda has agreed to a 30-day extension of the briefing schedule to allow coordination now that all three appeals have been deemed companion cases.

10. TWi has informed all other parties of record that it will seek this extension.  Impax Laboratories, Inc. ("Impax") (in Nos. 14-1107, -1132) and Handa Pharmaceuticals, LLC ("Handa") (in Nos. 14-1079, -1134) have sought identical unopposed extensions of time in their respective appeals, which would allow all three appeals to continue to have the same briefing schedule consistent with the Court's February 27, 2014 order.  On March 10, 2014, Impax filed its unopposed extension of time in its appeal.  On March 12, 2014, Handa filed its unopposed extension of time in its appeal.

11. An extension of time would not prejudice Takeda.

12. Good cause exists for the requested extension.  The additional time would assist in coordination now that all three appeals have been consolidated and in the preparation of TWi's opening brief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 13, 2014                /s/Don J. Mizerk
                                          Don J. Mizerk

**TAKEDA PHARMACEUTICAL CO. V. TWI PHARMACEUTICALS, INC.**
14-1074, -1129

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing, documents was served on March 13, 2014 to all counsel of record via the court's ECF system.

                                          /s/Don J. Mizerk
                                          Don J. Mizerk