# United States Court of Appeals for the Federal Circuit

Nos. 14-1074, -1129

TAKEDA PHARMACEUTICAL CO., LTD.,
TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.,
TAKEDA PHARMACEUTICALS LLC,
TAKEDA PHARMACEUTICALS AMERICA, INC.,
   *Plaintiffs/Cross-Appellants*,
v.
TWI PHARMACEUTICALS, INC.
   *Defendant/Appellant*.

Appeal from the United States District Court for the Northern District of California in Case No. 3-11-cv-01609, Hon. Joseph C. Spero

_____

# United States Court of Appeals for the Federal Circuit

Nos. 14-1079, -1134

TAKEDA PHARMACEUTICAL CO., LTD.,
TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.,
TAKEDA PHARMACEUTICALS LLC,
TAKEDA PHARMACEUTICALS AMERICA, INC.,
   *Plaintiffs/Cross-Appellants*,
v.
HANDA PHARMACEUTICALS, LLC,
PAR PHARMACEUTICAL, INC.
   *Defendants/Appellants*.

Appeal from the United States District Court for the Northern District of California in Case No. 3:11-cv-00840, Hon. Joseph C. Spero

_____

# United States Court of Appeals for the Federal Circuit

Nos. 14-1107, -1132

TAKEDA PHARMACEUTICAL CO., LTD.,
TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.,
TAKEDA PHARMACEUTICALS LLC,
TAKEDA PHARMACEUTICALS AMERICA, INC.,
   *Plaintiffs/Cross-Appellants*,
  v.
IMPAX LABORATORIES, INC.,
   *Defendant/Appellant*.

Appeal from the United States District Court for the Northern District of California in Case No. 3-11-cv-01610, Hon. Joseph C. Spero

————————

**PLAINTIFFS/CROSS-APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS OPENING BRIEF**

————————

JEFFREY I. WEINBERGER
TED G. DANE
HEATHER E. TAKAHASHI
MUNGER, TOLLES & OLSON LLP
355 South Grand Ave., 35th Floor
Los Angeles, C.A. 90071
(213) 683-9100

*Counsel for*
*Plaintiffs/Cross-Appellants*

May 12, 2014

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS/CROSS-APPELLANTS' OPENING BRIEF**

Pursuant to Rule 26(b) of the Federal Circuit Rules, Plaintiffs/Cross-Appellants Takeda Pharmaceutical Co., Ltd., Takeda Pharmaceuticals America, Inc., Takeda Pharmaceuticals LLC, and Takeda Pharmaceuticals North America, Inc. (collectively, "Takeda") respectfully move for an unopposed 60-day extension of time to file its opening brief.

Takeda's opening brief is currently due on Monday June 2, 2014. A 60-day extension of time would change the deadline for the brief to Friday, August 1, 2014. This motion is timely under Federal Circuit Rule 26(b)(1) because Takeda brings this motion at least 7 days before the brief is due. Takeda has not previously sought or been granted any extensions on its opening brief.

Takeda has informed Defendants/Appellants in the consolidated cases, TWi Pharmaceuticals, Inc., Handa Pharmaceuticals, LLC and Par Pharmaceutical, Inc., and Impax Laboratories, Inc., that it will seek this extension. Takeda has been informed that Defendants/Appellants do not oppose the requested extension.

As set forth in the declaration of Heather E. Takahashi, good cause exists for the requested extension. Prior to consolidation of the above-captioned cases, the original due dates for each of Defendants/Appellants' opening briefs were in January 2014. Each Defendant/Appellant requested an extension of time to file its brief in light of the concurrent briefing on consolidation, and received

extensions for February 2014. On February 27, 2014, the Court issued an order consolidating the cases as companion cases and assigned them to the same merits panel for oral argument. However, the Court did not grant Takeda's request for joint briefing, instead setting a coordinated briefing schedule, including a due date for Defendants/Appellants' opening briefs for March 21, 2014. Pursuant to this order, Takeda must file individual opening briefs in each of the companion cases. Following this order, each Defendant/Appellant again moved for extensions of time and received an additional 30-day extension until April 21, 2014 to file their individual opening briefs. Takeda requests this extension of time so it may have sufficient time to prepare and file three individual opening briefs in each of the companion cases.

For the foregoing reasons, Takeda respectfully requests that the Court grant an extension of time, to and including August 1, 2014, in which to file its opening brief.

Respectfully submitted,

DATE: May 12, 2014         /s/ Jeffrey I. Weinberger
                                                    JEFFREY I. WEINBERGER
                                            *Counsel for Plaintiffs/Cross-Appellants*

# CERTIFICATE OF INTEREST

Counsel for Plaintiffs and Cross-Appellants Takeda Pharmaceuticals Company Limited, Takeda Pharmaceuticals North America, Inc., Takeda Pharmaceuticals LLC, and Takeda Pharmaceuticals America, Inc. (collectively, "Takeda"), certifies the following:

1. The full name of every party represented by me is:

   Takeda Pharmaceuticals Company Limited, Takeda Pharmaceuticals North America, Inc., Takeda Pharmaceuticals LLC, and Takeda Pharmaceuticals America, Inc.

2. The name of the real parties in interest represented by me are:

   Takeda Pharmaceuticals U.S.A., Inc., is the real party in interest for Takeda Pharmaceuticals North America, Inc., and Takeda Pharmaceuticals LLC.[1]

3. No parent corporation or publicly held company owns 10% or more of the stock of Takeda Pharmaceuticals Company Limited. Takeda Pharmaceuticals America, Inc., is a wholly-owned subsidiary of Takeda Pharmaceuticals U.S.A., Inc., which is a wholly-owned subsidiary of Takeda America Holdings, Inc., which is a wholly-owned subsidiary of Takeda Pharmaceuticals Company Limited.

4. The names of the law firm and the partners or associates who appeared for Takeda in proceedings before the United States District Court for the District of Northern California, or are expected to appear in this Court, are:

MUNGER, TOLLES & OLSON LLP
Jeffrey I. Weinberger, Ted G. Dane, Heather E. Takahashi, Ryan N. Hagglund, Tina W. Arroyo, Eric K. Chiu, Erin J. Cox, and Joel M. Purles


DATE: May 12, 2014                     /s/ Jeffrey I. Weinberger
                                       JEFFREY I. WEINBERGER

---

[1] In January 2012, Takeda Pharmaceuticals North America, Inc., changed its name to Takeda Pharmaceuticals U.S.A., Inc. In June 2013, Takeda Pharmaceuticals LLC merged with Takeda Pharmaceuticals U.S.A., Inc.

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit through the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system, including:

>Don J. Mizerk
>Husch Blackwell LLP
>120 South Riverside Plaza, Suite 2200
>Chicago, IL 60606
>
>Mark T. Jansen
>Crowell & Moring LLP
>275 Battery Street, 23rd Floor
>San Francisco, CA 94111
>
>Eric M. Acker
>Morrison & Foerster LLP
>12531 High Bluff Drive
>San Diego, CA 92130

_____/s/Jeffrey I. Weinberger____
Jeffrey I. Weinberger

*Counsel for Plaintiffs/Cross-Appellants*